IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEITH J. WILSON and Wife,
SHERRY WILSON,

    Plaintiffs,

vs.                                 CASE NO. 5:10cv296/RS-CJK

MAYINAMPATI M. REDDY and
PULI GOPAL REDDY,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before me is Stipulation For Dismissal (Doc. 16).

**IT IS ORDERED:**

1. This case is dismissed with prejudice.

2. The clerk is directed to close the file.

**ORDERED** on April 4, 2011.

                      /S/ Richard Smoak
                      **RICHARD SMOAK**
                      **UNITED STATES DISTRICT JUDGE**